Michael A. Burke, Esq. (SBN: 239592)
Hannah E. Winston, Esq. (SBN: 321763)
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Email: mburke@rssblaw.com
          hwinston@rssblaw.com
Telephone:      (775) 329-3151

*Attorneys for Defendant ITS NATIONAL, LLC*
*& ITS LOGISTICS, LLC*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOSCH; DANIELA COSTANTINI-DOSCH; CHARLES DOSCH; ISABELLE DOSCH, | Case No.: |
| Plaintiffs, | Superior Court of the State of California County of Kern, Bakersfield Court |
| v. | |
| ITS LOGISTICS, LLC; HAUL KING TRANSPORT LLC; WILLIAM EUGENE THOMAS; and, ITS NATIONAL, LLC., | Case No.:      BCV-22-101868-JEB |
| Defendants. | **DEFENDANT ITS NATIONAL, LLC'S PETITION FOR REMOVAL** |
| _____ / | |

Defendant ITS NATIONAL, LLC, a Delaware Corporation ("ITS"), by and through its counsel of record, Michael A. Burke, Esq., and Hannah E. Winston, Esq., of the law offices of Robison, Sharp, Sullivan & Brust submits this Petition for Removal of the above-captioned lawsuit entitled JOHN DOSCH; DANIELA COSTANTINI-DOSCH; CHARLES DOSCH; ISABELLE DOSCH v. ITS LOGISTICS, LLC; HAUL KING TRANSPORT LLC; WILLIAM EUGENE THOMAS; and, ITS NATIONAL, LLC, Case No. BCV-22-101868-JEB, assigned for all purposes to The Hon. J. Eric Bradshaw, Dept. J, in the Superior Court of the State of California, County of Kern, Bakersfield Court, located in Bakersfield, CA ("State Court") to this Court pursuant to 28 U.S.C. §§1332(a), 1441(b), and 1446(b)(2)(C).

**I.      COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

1.      ITS was served with a copy of Plaintiffs' ("Dosch") State Court Summons and

Complaint ("Complaint") on or about November 3, 2022. Thus, this removal is timely because the 30-day period for filing the removal has not passed. 28 U.S.C. §1446(b). Additionally, removal is timely because it is filed within one year from when Plaintiffs filed the original Complaint in the State Court action on or about July 28, 2022.

2. Pursuant to 28 U.S.C. §1446(a), ITS has attached a true and correct copy of the Process on ITS on November 3, 2022, including the Complaint filed July 28, 2022, and the Summons served on Defendant ITS, as **EXHIBIT 1**. A true and correct copy of Plaintiffs' counsel, Jesse Creed, Esq.'s Declaration in Support of Order to Show Cause Hearing wherein counsel affirms that ITS was served with process on November 3, 2022, is attached as **EXHIBIT 2.**

3. ITS has provided and served a copy of the Petition for Removal on Plaintiffs DOSCH, through their counsel Jesse Creed, Esq., of PANISH SHEA BOYLE RAVIPUDI LLP. ITS has also provided and served a copy of the Petition for Removal on Defendant HAUL KING TRANSPORT, through its counsel, Michael Czeshinksi, Esq., of WILKINS, DROLSHAGEN, and CZESHINSKI, LLP. ITS will also timely file a copy of the Petition for Removal with the Clerk of the Superior Court of California, County of Kern in Case No. BCV-22-101868-JEB, as required by 28 U.S.C. §1446(d).

4. Prior to the instant Petition for Removal, Defendant ITS Logistics, LLC ("Logistics"), by and through its prior counsel, filed its Answer to Plaintiffs' Complaint on October 12, 2022, in the Superior Court of California, County of Kern.[1] Similarly, Defendant Haul King Transport, LLC, by and through its counsel, filed its Answer to Plaintiffs' Complaint on October 17, 2022, in the Superior Court of California, County of Kern. On information and belief, Defendant William Eugene Thomas has not been served with process to-date. On October 7, 2022, Plaintiffs undertook a "Doe" amendment to add Defendant ITS National, LLC, as a named Defendant and subsequently proceeded to effectuate service on November 3, 2022.

5. Removal from State Court to this Court is proper as this district embraces the place where the action is pending per 28 U.S.C. §1441(a).

---

[1] ITS Logistics, LLC is now also represented by undersigned counsel. ITS Logistics, LLC and ITS National, LLC are two separate entities and both have been named as Defendants in this matter by Plaintiffs.

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

2

## II.     BACKGROUND

6.      Plaintiffs have asserted a Complaint two (2) causes of action for Motor Vehicle and General Negligence against all Defendants arising out of a personal injury which occurred on SR-14 approximately 0.3 miles north of Horse Canyon Road in Kern County, CA.  Plaintiffs allege that a tractor trailer came in contact with the vehicle being driven by Plaintiff John Dosch causing injuries and serious emotional distress to all of the Plaintiffs.

## III.    COMPLETE DIVERSITY OF CITIZENSHIP AS TO THE PARTIES

7.      ITS is informed and believes that Plaintiffs are citizens of California.

8.      Defendant ITS National, LLC, is a limited liability company organized under the laws of the state of Delaware and has its principal place of business in the State of Nevada.

9.      Defendant ITS Logistics, LLC, is a limited liability company organized under the laws of the state of Delaware and has its principal place of business in the State of Nevada.

10.     Defendant Haul King Transport, LLC, is a limited liability company organized under the laws of the state of Wyoming and has its principal place of business in the State of Wyoming.

11.     Defendant, William Eugene Thomas, is an individual who on information and belief is a citizen of the state of Missouri.

## IV.     REMOVAL IS UNANIMOUS AMONGST ALL SERVED DEFENDANTS

12.     Pursuant to 28 U.S.C. §1446(b)(2)(A), removal is unanimous through the consent by all Defendants that have been served.  Upon Plaintiffs' addition of ITS National, LLC, as a Defendant, and service of the Complaint on ITS National, LLC, on November 3, 2022, undersigned counsel immediately undertook the removal process for diversity jurisdiction.

13.     ITS Logistics, LLC, was represented by different counsel at the time of service of the Complaint on ITS Logistics, LLC.  Undersigned counsel recently substituted in for ITS Logistics, LLC, and ITS Logistics, LLC, hereby joins in the instant removal submitted by ITS National, LLC.  Defendant Haul King Transport, LLC, was also served previously and filed an answer to Plaintiffs' Complaint on October 17, 2022.  Undersigned counsel for ITS conferred with

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

3

counsel for Defendant Haul King Transport, LLC, on November 7, 2022, and Mr. Czeshinski, counsel for Defendant Haul King Transport, LLC, confirmed Defendant Haul King Transport, LLC's consent to removal of the instant action.  See Declaration of Michael A. Burke, Esq., attached hereto as **EXHIBIT 3**.

**V.     AMOUNT IN CONTROVERSY**

14.     Plaintiffs DOSCH allege to have suffered injuries and serious emotional distress. Plaintiffs' Complaint seeks unspecified damages for their alleged injuries. Plaintiffs DOSCH, and each of them, have served a Statement of Damages (CA Form CIV-050), each dated October 28, 2022.  Therein, Plaintiffs allege that they are each seeking damages for personal injuries, emotional distress, and medical specials in excess of $1,000,000.00.  *See* **EXHIBIT 4** – Plaintiffs' Statement of Damages.

DATED this 8th day of November, 2022.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

        */s/ Michael A. Burke*
MICHAEL A. BURKE, ESQ.
HANNAH E. WINSTON, ESQ.
*Attorneys for Defendant, ITS NATIONAL, LLC*

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

**EXHIBIT LIST**

| Exhibit # | Description | Pages |
|-----------|-------------|-------|
| Exhibit "1" | Process Served on ITS National, LLC | 19 |
| Exhibit "2" | Jesse Creed, Esq.'s Declaration in Support of Order to Show Cause Hearing | 6 |
| Exhibit "3" | Declaration of Declaration of Michael A. Burke, Esq. | 3 |
| Exhibit "4" | Statement of Damages | 21 |

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151