UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOSCH, ET AL.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ITS LOGISTICS, ET AL.,<br><br>          Defendants. | Case No. 1:22-cv-01443-ADA-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER<br><br>(Doc. 29) |

      On February 17, 2023, the Court issued the operative Scheduling Order. (Doc. 20). Pending before the Court is the parties' first stipulation to extend the discovery deadlines set forth in the Scheduling Order. (Doc. 29). The stipulation is timely filed pursuant to Local Rule 144(d) and the parties' representations therein satisfy the requirements under Fed. R. Civ. P. 16(b)(4) to show good cause and diligence. *See Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992).

      Accordingly, based on the parties' representations in the stipulation and for good cause shown, IT IS HEREBY ORDERED that the following dates and deadlines are continued:

*Remainder of This Page Intentionally Left Blank*

1. Non-expert discovery cutoff from October 6, 2023, to **November 17, 2023**.
2. Expert discovery cutoff from December 18, 2023, to **January 29, 2024**.
3. Initial expert disclosures from October 6, 2023, to **November 17, 2023**.
4. Rebuttal expert disclosures from November 27, 2023, to **December 18, 2023**

IT IS SO ORDERED.

Dated:   **August 21, 2023**

UNITED STATES MAGISTRATE JUDGE