1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOSCH, ET AL., | Case No. 1:22-cv-01443-ADA-CDB |
| Plaintiffs, | ORDER ON STIPULATION AMENDING SCHEDULING ORDER |
| v. | (Doc. 31) |
| ITS LOGISTICS, ET AL., | |
| Defendants. | |

On February 17, 2023, the Court issued the operative Scheduling Order. (Doc. 20). On August 21, 2023, the Court issued an order approving the parties' stipulated amendments to the scheduling order. (Doc. 30). On October 16, 2023, the parties filed a second stipulation to extend the discovery deadlines set forth in the Scheduling Order. (Doc. 31). The stipulation is timely filed pursuant to Local Rule 144(d) and the parties' representations therein satisfy the requirements under Fed. R. Civ. P. 16(b)(4) to show good cause and diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Accordingly, based on the parties' representations in the stipulation and for good cause shown, IT IS HEREBY ORDERED that the following dates and deadlines are continued:

*Remainder of This Page Intentionally Left Blank*

1. Non-expert discovery cutoff from November 17, 2023, to **January 5, 2024**.
2. Initial expert disclosure cutoff from November 17, 2023, to **January 5, 2024**.
3. Rebuttal expert disclosure cutoff from December 18, 2023, to **February 2, 2024**.
4. Expert discovery cutoff from January 29, 2024, to **March 4, 2024**.
5. Non-dispositive motion filing from January 12, 2024, to **March 18, 2024**.
6. Non-dispositive motion hearing from February 19, 2024, to **April 22, 2024**.
7. Dispositive motion filing from February 29, 2024, to **May 6, 2024**.
8. Dispositive motion hearing from April 15, 2024, to **June 17, 2024**.
9. Pretrial conference from October 7, 2024, to **October 15, 2024**.
10. Trial shall remain scheduled for December 10, 2024.

IT IS SO ORDERED.

Dated:   **October 17, 2023**                                     _____
UNITED STATES MAGISTRATE JUDGE