PANISH | SHEA | RAVIPUDI LLP
JESSE CREED, State Bar No. 272595
 *jcreed@panish.law*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN DOSCH; DANIELA COSTANTINI-DOSCH; C.D; I.D<br><br>        Plaintiffs,<br><br>        v.<br><br>ITS LOGISTICS, LLC; HAUL KING TRANSPORT LLC; WILLIAM EUGENE THOMAS; and ITS NATIONAL, LLC.;,<br><br>        Defendants. | Case No. 1:22-cv-01443-KES-CDB<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. Kirk E. Sherriff<br><br>Trial Date:              n/a |

PLEASE TAKE NOTICE that all Parties to this action have agreed to settle all claims in the above-entitled action.

The parties are finalizing the settlement agreement and seeking approval for compromise of the minors' claims in the parallel pending state court action.  Once approval of the minors' claims is obtained and settlement funds received, Plaintiffs will seek a dismissal of this action with prejudice.

DATED:  March 26, 2024              PANISH | SHEA | RAVIPUDI LLP

By:  _____
      Jesse Creed
      Attorneys for Plaintiffs

**PANISH | SHEA | RAVIPUDI** LLP

**PROOF OF SERVICE**

**Dosch v. ITS Logistics**
**Case No. BCV-22-101868 JEB**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, CA 90025.

On March 26, 2024, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 26, 2024, at Los Angeles, California.

_____/s/ Maria Alegria_____
Maria Alegria

1
NOTICE OF SETTLEMENT

**SERVICE LIST**
**Dosch v. ITS Logistics**
**Case No. BCV-22-101868 JEB**

ROBISON SHARP SULLIVAN & BRUST
Michael A. Burke
71 Washington St.
Reno, NV 89503
T: (775) 329-3151
mburke@rssblaw.com
mwilmoth@rssblaw.com

Attorneys for Defendant
ITS LOGISTICS, LLC

WILKINS, DROLSHAGEN &
CZESHINSKI LLP
Michael J. Czeshinski
6785 N. Willow Avenue
Fresno, CA  93710
T:(559) 438-2390
F:  (559) 438-2393
mjc@wdcllp.com
lori@wdcllp.com
sa@wdcllp.com
c.faeth@wdcllp.com


Attorneys for Defendant,
HAUL KING TRANSPORT, LLC.

PANISH | SHEA | RAVIPUDI LLP

2
NOTICE OF SETTLEMENT