PANISH | SHEA | RAVIPUDI LLP
JESSE CREED, State Bar No. 272595
  *jcreed@psbr.law*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN DOSCH; DANIELA COSTANTINI-DOSCH; C.D; I.D, <br><br> Plaintiffs, <br><br> v. <br><br> ITS LOGISTICS, LLC; HAUL KING TRANSPORT LLC; WILLIAM EUGENE THOMAS; and ITS NATIONAL, LLC.;, <br><br> Defendants. | Case No. 1:22-cv-01443-KES-CDB <br><br> **NOTICE OF REQUEST TO SEAL DOCUMENTS** <br><br> *Filed concurrently with Request to Seal Documents; Proposed Order; Documents to Be Sealed* <br><br> Magistrate Judge: Hon. Christopher Baker <br><br> District Judge: The Hon. Kirk E. Sherriff <br><br> Trial Date: n/a |

In response to the Court's order for the minors' compromise petitions and orders approving the minors' compromises in the pending State court action, Plaintiffs hereby file this Notice of Request to Seal under Local Rule 141.  This Notice of Request to Seal describes the following information required by Local Rule 141:

1.    *Documents Sought to Be Sealed*.  On March 27, 2024, this Court ordered Plaintiffs to file within 30 days "a copy of the state court order and all supporting and opposing documents filed in connection therewith approving the minor's compromise (see Local Rule 202(b)(1))." ECF No. 44.  Plaintiffs seek to seal all those documents (the "Documents Sought to Be Sealed"), which are:

a.    Petition for Approval of Compromise of Claim or Action or Disposition of Proceeds of Judgment for Minor or Person with a Disability filed by Petitioner Therese Anderson as guardian ad litem for minor C.D.  (*Exhibit A* to the Request to Seal).

b.    Order Approving Compromise of Claim or Judgment or Disposition of Proceeds of Judgment for Minor or Person with a Disability for C.D.'s settlement entered by Judge Jared D. Moses in the State Court action on April 9, 2024.  (*Exhibit B* to the Request to Seal).

c.    Petition for Approval of Compromise of Claim or Action or Disposition of Proceeds of Judgment for Minor or Person with a Disability filed by Petitioner Therese Anderson as guardian ad litem for minor I.D.  (*Exhibit C* to the Request to Seal).

b.    Order Approving Compromise of Claim or Judgment or Disposition of Proceeds of Judgment for Minor or Person with a Disability for I.D.'s settlement entered by Judge Jared D. Moses in the State Court action on April 9, 2024.  (*Exhibit D* to the Request to Seal).

2.    *The Manner of the Submission*.  The Request to Seal Documents, the [Proposed] Order, and the Documents Sought to be Sealed were submitted to Magistrate Judge Charles Baker's Proposed Orders e-mail box listed on the Court's website.  These documents were served on counsel for all Defendants.

DATED:  April 23, 2024                    PANISH | SHEA | RAVIPUDI LLP


                                          By:        /s/ Jesse Creed
                                                  Jesse Creed
                                                  Attorneys for Plaintiffs

PANISH | SHEA | RAVIPUDI LLP

2

NOTICE OF REQUEST TO SEAL DOCUMENTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2024, I electronically filed the foregoing **NOTICE OF REQUEST TO SEAL DOCUMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

ROBISON SHARP SULLIVAN & BRUST
Michael A. Burke
71 Washington St.
Reno, NV 89503
T: (775) 329-3151
mburke@rssblaw.com
mwilmoth@rssblaw.com

Attorneys for Defendants
ITS LOGISTICS, LLC &
ITS NATIONAL, LLC

WILKINS, DROLSHAGEN &
CZESHINSKI LLP
Michael J. Czeshinski
James Hugh Wilkins
6785 N. Willow Avenue
Fresno, CA  93710
T:(559) 438-2390
F:  (559) 438-2393
mjc@wdcllp.com
lori@wdcllp.com
sa@wdcllp.com
c.faeth@wdcllp.com
j.wilkins@wdcllp.com

Attorneys for Defendants,
HAUL KING TRANSPORT, LLC. &
WILLIAM EUGENE THOMAS

/s/ Jesse Creed
Jesse Creed

1
CERTIFICATE OF SERVICE