UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOSCH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ITS LOGISTICS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01443-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFFS' PETITION FOR MINOR'S COMPROMISE<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE<br><br>(Docs. 46, 48, 49) |

　　　On May 24, 2024, the assigned magistrate judge issued findings and recommendations to grant plaintiff's unopposed petition for minor's compromise. Doc. 49. The court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. Doc. 49 at 5. More than 14 days have passed, and no party has filed objections. The findings and recommendations advised the parties that failure to file objections within the specified time may result in the waiver of rights on appeal. *Id.* (citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991)).

　　　According to 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court concludes the findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on May 24, 2024 (Doc. 49) are adopted in full.
2. Plaintiffs' unopposed petition to approve settlement of the minors' compromise (Doc. 48) is approved in full.
3. Pursuant to the parties' stipulation of dismissal with prejudice (Doc. 46), this action is terminated and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __July 10, 2024__

_____
UNITED STATES DISTRICT JUDGE

2